# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARK SCHNIZLEIN,
            Appellant,

vs.

BLACK & LOBELLO LAW,
            Respondent.

No. 78470

**FILED**

AUG 16 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an arbitration award. Eighth Judicial District Court, Clark County; Nancy L. Allf, Judge.

Review of the notice of appeal, docketing statement, and documents before this court reveals a jurisdictional defect. The award challenged on appeal has not been signed by the district court judge. *See* NAR 19(A). The right to appeal is statutory; if no statute or court rule provides for an appeal, no right to appeal exists. *See Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013). No statute or court rule authorizes an appeal from an arbitration award. Accordingly, this court lacks jurisdiction and

ORDERS this appeal DISMISSED.[1]

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Cadish

---

[1]In light of this decision, this court takes no action on the document filed on August 9, 2019.

19-34516

cc: Hon. Nancy L. Allf, District Judge
Mark Schnizlein
Lipson Neilson P.C.
Eighth District Court Clerk